**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAISY C. MARINAS,<br><br>*Plaintiff,*<br><br>*- against -*<br><br>PARK GARDENS REHABILITATION AND NURSING CENTER, LLC, and DOES 1-10,<br><br>*Defendants.* | Civil Action No. 1:26-cv-04986-PAE |

**NOTICE OF PLAINTIFF'S MOTION TO REMAND**

**PLEASE TAKE NOTICE** that Plaintiff Daisy C. Marinas will move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1305, New York, New York 10007, at a date and time to be designated by the Court, for an order pursuant to 28 U.S.C. § 1447(c) remanding this action to the Supreme Court of the State of New York, County of the Bronx, on the ground that this Court lacks subject-matter jurisdiction over the claims remaining in the operative First Amended Complaint, together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York and the Individual Rules of Practice of the assigned Judge, any papers in opposition to this motion shall be served within fourteen (14) days after service of these moving papers, and any reply papers shall be served within seven (7) days after service of the opposition.

Dated: July 9, 2026
New York, New York

Respectfully submitted,

**GREENBERG GROSS LLP**

By: /s/ Sagar Shah
Sagar K. Shah
S. Amy Spencer
570 Lexington Avenue, 34th Floor
New York, New York 10022
Telephone: (212) 402-0900
sshah@ggtriallaw.com
aspencer@ggtriallaw.com

*Counsel for Plaintiff*

The Court has received plaintiff's motion. Defendants' opposition is due July 23, 2026. Any reply is due July 30, 2026.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Date: July 13, 2026
New York, New York