UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAISY C. MARINAS,<br><br>Plaintiff,<br><br>-v-<br><br>PARK GARDENS REHABILITATION AND NURSING CENTER, LLC, *and* DOES 1-10,<br><br>Defendants. | 26 Civ. 4986 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On July 9, 2026, plaintiff Daisy C. Marinas moved to remand this action on the grounds that this Court lacks subject matter jurisdiction, because the Amended Complaint withdrew the lone federal claim, and the parties are not diverse. Dkt. 15. Defendant Park Gardens Rehabilitation and Nursing Center, LLC does not oppose that motion. Dkt. 17.

The Court finds that remand is warranted for the reasons stated in Marinas's letter. Accordingly, the Clerk of Court is respectfully directed to terminate the motion at docket 13, and remand this case to the Supreme Court of New York (Bronx County).

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 30, 2026
New York, New York